■ THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of MICHAEL FORASTIERE, Appellant, against LEATHIA CLARK, Respondent.— Two informations were filed against this defendant charging violation of the Unemployment Insurance Law (Labor Law, § 632, subd. 1, par. [a]) for different periods. The record discloses that with respect to the first information, no trial was ever held and no witness was sworn. The case was twice adjourned and then dismissed for lack of prosecution. Thereafter the second information was dismissed upon the grounds of double jeopardy. In order for the first information to have constituted a bar to the trial for the second, it was essential that the defendant be arraigned, plead to a valid charge, and evidence given (*People ex rel. Meyer* v. *Warden,* 269 N. Y. 426). This court in disposing of the question of double jeopardy with respect to an information held that the test is whether evidence had been taken (*People* v. *Pearl,* 272 App. Div. 563). Judgment dismissing Special Sessions information No. 3036, Docket No. 3541, unanimously reversed and the information reinstated. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ In the Matter of RENSIEW HOLDING CORP., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— We are unable to determine whether the eliminated service (shades), was one which the landlord provided or was required to provide on the maximum rent date. In the circumstances and in the interest of justice, the order appealed from is unanimously reversed, with costs, and the matter is remitted to the commission for the purpose of conducting a full hearing on this aspect of the proceeding. Settle order on notice. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ AMERICAN PROTESTANT DEFENSE LEAGUE, INC., Respondent, v. HENRY J. ACKER et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ.

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Extending of Exterior Street and the Widening of Major Deegan Boulevard, in the Borough of The Bronx. ALFRED D. JAHR, Appellant.— Order unanimously reversed and the application granted. Upon the record before us, the city possessed at most a liquidated claim against the owner of the fund. The attorney's lien of appellant, as between him and his client, was in the nature of an equitable assignment and was superior to and took precedence over the claim of the city for unpaid sales taxes. Settle order on notice. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ.

■ In the Matter of the Accounting of ERNEST N. PETSCHEK et al., as Trustees of ERNEST PETSCHEK, Deceased, Appellants. HERBERT F. SCHMELZER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. It is clear that the interests are not the same. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ.